UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEWAYNE BOSLEY, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>M. VALASCO, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00049-MJS(PC)<br><br>ORDER CORRECTING ORDER RE SERVICE OF COMPLAINT ON DEFENDANT VALASCO<br><br>(ECF No. 19) |

    On March 9, 2015, the Court filed an order directing the U.S. Marshals Service to serve the First Amended Complaint on Defendant Valasco. The operative complaint in the instant action is the Second Amended Complaint filed September 5, 2014. (ECF No. 13.) The Court being informed that Defendant Valasco is aware of the error, said Defendant shall be required to reply to the Second Amended Complaint.

    Accordingly, the order at ECF No. 19 is HEREBY AMENDED to reflect that the Second Amended Complaint filed September 5, 2014 is the operative complaint served on Defendant Valasco and said Defendant shall respond to that pleading.

IT IS SO ORDERED.

Dated:  March 24, 2015           /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28